UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MAKARIOS BROWN** #346616 | : | CIVIL ACTION NO. 5:11-cv-579 SECTION P |
| **VERSUS** | : | JUDGE DONALD E. WALTER |
| **N. BURL CAIN** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #18] and having conducted a *de novo* review the record, including the written objections filed, [Doc. #19], and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. #1] is **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 23 day of November, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1